UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| TOTALLY CHOCOLATE, INC., a Washington corporation,<br><br>            Plaintiff,<br><br>   v.<br><br>THE CHOCOLATE INN LTD., a New York Corporation,<br><br>            Defendant. | NO.  C04-1330 RBL<br><br>**ANSWER OF THE CHOCOLATE INN LTD.** |

Comes now The Chocolate Inn Ltd., defendant herein, and answers and alleges as follows.

## THE PARTIES

1. The Chocolate Inn Ltd. has insufficient knowledge or information on which to form a belief as to the truth of the matters alleged in paragraph 1 of the complaint, and therefore denies those allegations.

2. The Chocolate Inn Ltd. admits that it is a New York corporation and affirmatively alleges that its business address is 110 Buffalo Avenue, Freeport, New York, 11520.

**ANSWER OF THE CHOCOLATE INN LTD.**
- 1

O'BRIEN HUTSON & BOE
999 Third Avenue, Suite 3300
Seattle, WA 98104
Telephone (206) 515-4800/Fax (206) 515-4848

## NATURE OF ACTION AND SUBJECT MATTER JURISDICTION

3. Paragraph 3 of the complaints states legal conclusions, and The Chocolate Inn Ltd. therefore denies those allegations.

4. The Chocolate Inn Ltd. admits federal question jurisdiction, but denies diversity, pendant or ancillary jurisdiction, and except as admitted, denies all other allegations in paragraph 4 of the complaint.

## PERSONAL JURISDICTION AND VENUE

5. The Chocolate Inn Ltd admits that it has done business in the Western District of Washington, but denies the remaining allegations in paragraph 5 of the complaint.

## BACKGROUND FACTS

6. The Chocolate Inn Ltd has insufficient knowledge or information to form a belief as to the matters alleged in paragraph 6 of the complaint, and therefore denies those allegations.

7. The Chocolate Inn Ltd denies the allegations in paragraphs 7 through 9 of the complaint.

8. The Chocolate Inn Ltd admits the allegations in paragraph 10 of the complaint.

9. The Chocolate Inn Ltd admits that it advertises and promotes its own line of chocolate bars. Except as so admitted, The Chocolate Inn Ltd denies the allegations in paragraphs 11 through 14 of the complaint.

///

///

///

**ANSWER OF THE CHOCOLATE INN LTD.**
- 2

O'BRIEN HUTSON & BOE
999 Third Avenue, Suite 3300
Seattle, WA 98104
Telephone (206) 515-4800/Fax (206) 515-4848

## CLAIM I

## FALSE DESIGNATION OF ORIGIN, FALSE REPRESENTATION AND FALSE ADVERTISING

## (FEDERAL)

10. The allegations in paragraph 15 of the complaint state a legal conclusion, and The Chocolate Inn Ltd therefore denies those allegations.

11. Answering the allegations in paragraph 16 of the complaint, The Chocolate Inn Ltd realleges paragraphs 1 through 10 above.

12. The Chocolate Inn Ltd denies the allegations in paragraphs 17 through 21 of the complaint.

## CLAIM II

## TRADEMARK INFRINGEMENT, TRADE DRESS INFRINGEMENT, AND UNFAIR COMPETITION (COMMON LAW)

13. The allegations of paragraph 22 of the complaint state a legal conclusion, and The Chocolate Inn Ltd therefore denies those allegations.

14. Asnwering the allegations in paragraph 23 of the complaint, The Chocolate Inn Ltd realleges paragraphs 1 through 13 above.

15. The Chocolate Inn Ltd denies the allegations in paragraphs 24 through 32 of the complaint.

## CLAIM III

## COPYRIGHT INFRINGEMENT (FEDERAL LAW)

16. The allegations of paragraph 33 of the complaint state a legal conclusion, and The Chocolate Inn Ltd therefore denies those allegations.

ANSWER OF THE CHOCOLATE INN LTD. - 3

O'BRIEN HUTSON & BOE
999 Third Avenue, Suite 3300
Seattle, WA 98104
Telephone (206) 515-4800/Fax (206) 515-4848

17. Answering the allegations in paragraph 34 of the complaint, The Chocolate Inn Ltd realleges paragraphs 1 through 16 above.

18. The Chocolate Inn Ltd denies the allegations in paragraphs 35 through 43 of the complaint.

## CLAIM IV

## UNFAIR COMPETITION AND PRACTICES (STATE)

19. The allegations of paragraph 44 of the complaint state a legal conclusion, and The Chocolate Inn Ltd therefore denies those allegations.

20. Answering the allegations in paragraph 45 of the complaint, The Chocolate Inn Ltd realleges paragraphs 1 through 19 above.

21. The Chocolate Inn Ltd denies the allegations of paragraphs 46 and 47 of the complaint.

22. The allegations in paragraph 48 of the complaint fail to state a claim on which relief can be granted, contain immaterial, impertinent and scandalous material, and should be stricken. The Chocolate Inn Ltd denies those allegations.

23. The Chocolate Inn Ltd denies the allegations in paragraphs 49 through 51 of the complaint.

## AFFIRMATIVE DEFENSES

24. This court lacks personal jurisdiction over the defendant.

25. Plaintiff has failed to state claims upon which relief can be granted.

26. Venue in this matter is improper.

27. Plaintiff's claims relate to short, stock phrases and slogans, familiar symbols and designs, lettering and coloring, which are not subject to legal protection.

ANSWER OF THE CHOCOLATE INN LTD.
- 4

O'BRIEN HUTSON & BOE
999 Third Avenue, Suite 3300
Seattle, WA 98104
Telephone (206) 515-4800/Fax (206) 515-4848

28. Under the circumstances of the relevant market, defendant's products cause no confusion among prospective purchasers as to the origin of product.

### Prayer for Relief

Wherefore, having fully answered the allegations in the complaint, The Chocolate Inn Ltd prays for relief as follows:

a. For dismissal of the complaint, with prejudice;

b. For the costs in defending this suit, including attorney fees, in an amount to be set by the court, pursuant to RCW 4.28.185(5).

c. For such other and further relief as the court may deem just and equitable in the premises.

DATED this 11th day of August, 2004.

O'BRIEN HUTSON & BOE

By: _____
Richard L. Phillips, WSBA No. 6252
Attorneys for Defendant

ANSWER OF THE CHOCOLATE INN LTD. - 5

O'BRIEN HUTSON & BOE
999 Third Avenue, Suite 3300
Seattle, WA 98104
Telephone (206) 515-4800/Fax (206) 515-4848